Printed on: 01/27/2019
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900
**Case Number: 17-15991 (ABA)**

Monthly Payment: $1,175.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

Frederick J. Grant
5 Misty Court
Mount Royal, NJ  08061

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FREDERICK J. GRANT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $3,110.00 | $3,110.00 | $0.00 | $0.00 |
| 1 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CBCS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CACH, LLC | 33 | $225.50 | $16.59 | $208.91 | $16.59 |
| 4 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMMERCIAL ACCEPTANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDIT PROTECTION ASSOCIATION, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ELIZABETH GRANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EXPRESS SCRIPTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FEDERATED LAW GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FULTON BANK OF NEW JERSEY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | GRACE U CHUNG, MDPC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | IC SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $2,811.00 | $2,811.00 | $0.00 | $2,811.00 |
| 17 | JAMES D. DONNELLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JAMES D. DONNELLY, ATTORNEY AT LAW | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | LAW FIRM OF RYAN E. CALEF AND ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | NATIONWIDE RECOVERY SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NOVACARE REHABILITATION, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PLUESE, BECKER & SALTZMAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SCHLEE & STILLMAN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 33 | $16,777.47 | $1,234.57 | $15,542.90 | $1,234.57 |
| 27 | STELLAR RECOVERY INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TRANSWORLD SYSTEMS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 29 | TRI COUNTY CARDIOVASCULAR SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | UNDERWOOD MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | UNITED TELEMANAGEMENT CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | JONI L. GRAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | COMMERCIAL ACCEPTANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | FULTON BANK OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DEPARTMENT OF THE TREASURY | 33 | $26,005.95 | $1,913.66 | $24,092.29 | $1,913.66 |
| 38 | STATE OF NEW JERSEY | 28 | $427.62 | $427.62 | $0.00 | $427.62 |
| 39 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,775.86 | $204.27 | $2,571.59 | $204.27 |
| 40 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2017 | 16.00 | $0.00 |
| 08/01/2018 | Paid to Date | $7,400.00 |
| 09/01/2018 | 43.00 | $1,175.00 |
| 04/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $6,607.71 |
| Undistributed Funds on Hand: | $1,078.65 |
| Arrearages: | $1,550.00 |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**