| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frederick J Grant <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9863 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15991–ABA | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frederick J Grant

<u>5/4/22</u>                                                                                 **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Frederick J Grant  
    Debtor

Case No. 17-15991-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 04, 2022      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick J Grant, 2014 Lamington Court, Clarksboro, NJ 08020-1029 |
| aty | + | Pluese Becker & Saltzman, 2000 Horizon Way, Ste. 900, Mt. Laurel, NJ 08054-4303 |
| 516726514 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 516726517 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc.,LP, 13355 Noel Rd., Dallas, TX 75240 |
| 516726511 | | Cach LLC, PO BOX 5980, Littleton, CO 80127 |
| 516726513 | | Capital One Bank, PO Box 32081, Salt Lake City, UT 84130-0281 |
| 516726516 | + | Commercial Acceptance Co, PO Box 3268, Camp Hill, PA 17011-3268 |
| 516726518 | + | Ditech Financial, LLC, 332 Minnesota Street, Suite 610, Saint Paul, MN 55101-1314 |
| 516726523 | + | Grace U Chung, MDPC, Center for Dermatology, 17 W. Red Bank Ave, Suite 205, Woodbury, NJ 08096-1630 |
| 516726526 | + | James D. Donnelly, Attorney at Law, PO BOX 536, Cherry Hill, NJ 08003-0536 |
| 516726528 | | Law Firm of Ryan E. Calef and Associates, The Bucks COunty Office Center, Bristol, PA 19007 |
| 516726530 | + | Novacare Rehabilitation, 4714 Gettysburg Road, Mechanicsburg, PA 17055-4325 |
| 516726531 | + | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516726532 | + | Schlee & Stillman, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 516930306 | + | South Jersey Gas, 1 South Jersey Plaza, Hammonton, NJ 08037-9100 |
| 516726534 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516889305 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516726535 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516726536 | + | Stellar Recovery Inc, 1327 Highway 2 W Suite 100, Kalispell, MT 59901-3531 |
| 516726538 | + | Tri County Cardiovascular Services, 17 West Red Bank Ave, Suite 201, Woodbury, NJ 08096-1630 |
| 517728790 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501 |
| 517728791 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |
| 517743157 | | US Bank Trust Nt Assoc Trustee Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, US Bank Trust Nt Assoc Trustee Chalet Se c/o SN Servicing Corp. |
| 516726539 | + | Underwood Memorial Hospital, 509 North Broad Street, Woodbury, NJ 08096-1617 |
| 516726540 | | United Telemanagement Corp, PO BOX 145465, Cincinnati, OH 45250-5465 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | May 04 2022 20:35:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mt. Laurel, NJ 08054-3411 |
| 516930305 | | Email/Text: bankruptcy@pepcoholdings.com | May 04 2022 20:35:00 | Atlantic City Electric Company, Pepco Holdings, |

Case 17-15991-ABA    Doc 67    Filed 05/06/22    Entered 05/07/22 00:14:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516963455 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 20:40:31 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516726512 | + | Email/Text: clientrep@capitalcollects.com | May 04 2022 20:35:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516726520 | + | Email/Text: memberarfinancialtransactions@express-scripts.com | May 04 2022 20:35:00 | Express Scripts, PO BOX 66580, Saint Louis, MO 63166-6580 |
| 516726522 | + | Email/Text: bankruptcy@fult.com | May 04 2022 20:35:00 | Fulton Bank of New Jersey, 533 Fellowship Road, Mount Laurel, NJ 08054-3411 |
| 516726524 | | EDI: IIC9.COM | May 05 2022 02:18:00 | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 516726525 | | EDI: IRS.COM | May 05 2022 02:18:00 | IRS Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516726515 | | EDI: JPMORGANCHASE | May 05 2022 02:18:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101 |
| 516895824 | | EDI: JPMORGANCHASE | May 05 2022 02:18:00 | JPMorgan Chase Bank NA, PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 516895277 | | EDI: JPMORGANCHASE | May 05 2022 02:18:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516940715 | + | Email/Text: mtgbk@shellpointmtg.com | May 04 2022 20:34:00 | MTGLQ Investors, L.P., Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 516726529 | | Email/Text: paula.tilley@nrsagency.com | May 04 2022 20:34:00 | Nationwide Recovery Service, 545 W. Inman Street, Cleveland, TN 37311 |
| 516726533 | | Email/Text: mtgbk@shellpointmtg.com | May 04 2022 20:34:00 | Shellpoint Mortgage Servicing, PO BOX 10826, Greenville, SC 29603-0826 |
| 516731538 | + | EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516726537 | + | Email/Text: bankruptcydepartment@tsico.com | May 04 2022 20:35:00 | Transworld Systems Inc., 507 Prudential Raod, Horsham, PA 19044-2308 |
| 517743156 | + | Email/Text: bknotices@snsc.com | May 04 2022 20:35:00 | US Bank Trust Nt Assoc Trustee Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |
| 516726527 | *+ | James D. Donnelly, Attorney at Law, PO BOX 536, Cherry Hill, NJ 08003-0536 |
| 516726519 | ##+ | Elizabeth Grant, 5 Misty Court, Mount Royal, NJ 08061-1082 |
| 516726521 | ##+ | Federated Law Group, 13205 US Highway 1 #555, North Palm Beach, FL 33408-2222 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 44 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Frederick J Grant andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James D. Donnelly | on behalf of Creditor Fulton Bank N.A. james.d@donnlaw.com, jim.donnlaw@gmail.com |
| Joni L. Gray | on behalf of Debtor Frederick J Grant joni@sjbankruptcylaw.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7